1
2
3
4  UNITED STATES DISTRICT COURT
   for the WESTERN DISTRICT of WASHINGTON
5
6  BENNETT HASELTON, et al.,
7                 Plaintiff,
8       vs.
9  VALUECLICK, INC., et al.,                C07-387 JLR
10                Defendant.                 **MINUTE ORDER**
11                                           **REASSIGNING CASE**
12
13
14       Pursuant to the Amended General Order entered by the Chief Judge on
15 November 3, 2004, this action has been reassigned to the Honorable James L. Robart, United
16 States District Judge.
17       All future documents filed in this case must bear the cause number C07-387 JLR and bear
18 the Judge's name in the upper right hand corner of the document.
19
20
21
22
23       Dated this 30th day of April, 2007
24
25       BRUCE RIFKIN
         Clerk of Court
26
27       by: /s/   PETER H. VOELKER
              Peter H. Voelker, Deputy Clerk
28